EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (Cal. Bar Pending)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4493
    Facsimile: (213) 894-7177
    E-mail: Christen.A.Sproule@usdoj.gov

E-FILED: 06/27/2016

JS-6

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $85,271.64 IN BANK FUNDS SEIZED FROM TWO BANK OF AMERICA ACCOUNTS, <br><br> Defendant, <br><br> CHAO CHEN <br><br> Claimant. | No. CV015-08271-PSG(DFMx) <br><br> [PROPOSED] <br> CONSENT JUDGMENT |

    This action was filed on October 22, 2015 against the defendant $85,271.64 in Bank Funds Seized from Two Bank of America Accounts, ("defendant funds"). Chao Chen ("Chen"), from whom the defendant funds were seized, filed a claim and answer on December 29, 2015. No person other than Chen is believed to have an interest

therein. Notice has been given and published in accordance with the law. No other claims or answers have been filed, and the time for filing claims and answers has expired. Plaintiff United States of America and Chen have reached an agreement that is dispositive of the action, and have requested that this consent judgment be entered. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Chen.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

C. Notice of this action has been given in accordance with law. All potential claimants to the defendant funds other than Chen are deemed to have admitted the allegations of the Complaint. The allegations set out in the complaint are sufficient to establish a basis for forfeiture.

D. The defendant $85,271.64 in bank funds, plus all interest earned on the entirety of the defendant funds since seizure, shall be and hereby is forfeited to the United States of America, which shall dispose of the defendant $85,271.64 in bank funds and interest in the manner required by law.

E. Chen has released the United States of America, its agencies, agents, and officers, including employees and agents of United States Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), United States Customs and Border Protection ("CBP"), and the Internal Revenue Service ("IRS"), from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on his behalf, whether pursuant to 28 U.S.C. § 2465 or otherwise. Chen waives any rights he may have to seek remission of the forfeiture ordered herein.

F. The Court finds that there was reasonable cause for the institution of these proceedings. This Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: 06/27/2016

**PHILIP S. GUTIERREZ**
THE HONORABLE PHILLIP S. GUITERREZ
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

DATED: June 21, 2016

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

CHRISTEN A. SPROULE
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: June 16, 2016

06/16/2016.
CHAO CHEN
Claimant
PRO SE

3

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **June 21, 2016**, I served a copy of: **[PROPOSED] CONSENT JUDGMENT** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:   Chao Chen**
**       2850 Kelvin Avenue No. 234**
**       Irvine, CA   92614**

 **X**    I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **June 21, 2016** at Los Angeles, California.

                                                 *S. Beckman*
                                                 SHANNEN BECKMAN